**Electronically Filed
Supreme Court
SCWC-24-0000495
20-JAN-2026
09:51 AM
Dkt. 39 ODSMR**

SCWC-24-0000495

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SAMUEL CARTER,
Petitioner/Plaintiff-Appellant,

vs.

HONOLULU POLICE DEPARTMENT, CITY & COUNTY OF HONOLULU;
CHIEF OF POLICE; WINSTON HALE; JUSTIN GONSALVES;
JORDAN REGO; KENRIC PAI; and FLORAND BLANCO,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000495; CASE NO. 1CCV-23-0000776)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ.,
and Circuit Judge Ashford, in place of Devens, J., recused,
and Circuit Judge Medeiros, assigned by reason of vacancy)

On January 15, 2026, a "Notice of Appeal" from this

court's December 30, 2025 order rejecting the applications for

writ of certiorari was filed. We construe Petitioner's "Notice

of Appeal" as a motion for reconsideration of this court's

December 30, 2025 order rejecting the applications for writ of

certiorari and dismiss the motion. See Hawaiʻi Rules of

Appellate Procedure Rule 40.1(h) (2023) ("Neither acceptance nor

rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court. The rejection of an application for certiorari shall be final.").

DATED: Honolulu, Hawaiʻi, January 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James H. Ashford

/s/ Dyan M. Medeiros

